UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JUDY CHARLESTON,

    Plaintiff,

v.

JUDSON CENTER, INC.,

    Defendant.

_____/

Civil Case No.: 21-11663

Honorable Matthew F. Leitman

Magistrate Judge David R. Grand

## ORDER FOR APPROVAL AND DISMISSAL

Before the Court is the parties' Joint Motion for Approval and Dismissal with prejudice ("the Motion") (Dkt. 21). The parties have negotiated a settlement of all matters in this lawsuit. Accordingly, the Court hereby grants the motion and dismisses with prejudice all parties, issues, and claims in this matter, with all costs of Court taxed against the party incurring same.

The Court further orders that all Court settings in this case are hereby canceled and that the Clerk of Court closes this case. All relief not granted herein is denied.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 20, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126